KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7065
FAX: (415) 436-7234

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR 05-00481 MMC |
|     Plaintiff,         ) | STIPULATION AND  PROTECTIVE |
|                 ) | ORDER RE: DISCOVERY OF |
|   v.                  ) | CHILD PORNOGRAPHY |
|                 ) | |
| JAMES NELSON LINDSTROM,    ) | |
|                 ) | |
|     Defendant.       ) | |
|                 ) | |
| _____) | |

      James Nelson Lindstrom is charged with one count of possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).  The United States will produce to counsel for the defendant in this case a mirror image of all digital media that was seized from the defendant, including digital media that contains images of child pornography.  Pursuant to the child victim privacy provisions of 18 U.S.C. § 3509(d) and Federal Rule of Criminal Procedure 16, the parties stipulate, and the Court orders, that disclosure of these materials shall be subject to the following restrictions:

      1.     Except when being actively examined for the purpose of the preparation of the defense of defendant James Nelson Lindstrom, the digital media produced by the United States

1  to defense counsel, Federal Public Defender Barry J. Portman, and the Assistant Federal Public

2  Defender he assigns to this case, shall be maintained in a locked, safe, and secure drawer,

3  cabinet, or safe which is accessible only to defense counsel, his investigator, or his expert.

4  Defense counsel, his  investigator, and the expert shall not permit any person access of any kind

5  to the digital media except as set forth below.

6      2.    The following individuals may examine the digital media for the sole purpose of

7  preparing the defense of defendant James Nelson Lindstrom and for no other purpose:

8          a)    Counsel for defendant, Federal Public Defender, Barry Portman, and the

9              Assistant Federal Public Defender he assigns to this case;

10          b)    Defendant James Nelson Lindstrom, but only in the presence of his

11              attorney;

12          c)    One expert retained by the defendant to assist in the defense of this matter;

13              and

14          d)    One investigator retained by the defendant to assist in the defense of this

15              matter.

16  If defense counsel determines that additional experts are needed to review the material, he must

17  obtain a further order of the Court before allowing any other individual to review the material.

18      3.    A copy of this order shall be maintained with the digital media at all times.

19      4.    All individuals other than defense counsel and Mr. Lindstrom who receive access

20  to the materials pursuant to this Order, prior to receiving access to the materials, shall sign a

21  copy of this Order acknowledging that

22          a)    they have reviewed the Order;

23          b)    they understand its contents;

24          c)    they agree that they will only access the digital media for the purposes of

25              preparing a defense for defendant Lindstrom;

26          d)    they will not make any copies of any image files within the digital media

27              without further order of the Court;

28

1         e)     they will not access the digital media from any computer that is connected

2                to the internet or to any local network; and

3         f)     they understand that failure to abide by this Order may result in sanctions

4                by this Court and in state or federal criminal charges for possession or

5                dissemination of child pornography.

6 Counsel for the defendant shall promptly file with the Court signed acknowledgments of this

7 Order, ex parte and, at counsel's discretion, under seal.

8     5.    No other person may be allowed to examine the material without further court

9 order.  Examination of the digital media shall be done in a secure environment which will not

10 expose the materials to other individuals not listed above.

11     6.    No copies of any image files contained in the digital media may be made without

12 further court order.  The prohibition on copying includes (1) printing out images onto paper or

13 film and (2) duplicating the images in any digital format.  Non-image files such as word

14 processing files, emails, and other text files may be duplicated to the extent necessary to prepare

15 the defense of this matter.

16     7.    The computer from which the digital media will be accessed shall not be

17 connected to the Internet or to any other computer network.

18     8.    Any pleadings that include or make reference to the above-described materials or

19 their contents shall be filed under seal.

20     9.    Within five court days of the judgment and sentencing hearing in this matter, all

21 material provided to defense counsel pursuant to this Order, and all other authorized copies, if

22 any, shall be returned to the United States.  The United States shall destroy them.  If defendant

23 believes that he must maintain the material for any reason related to appeal, defendant must seek

24 //

25 //

26 //

27 //

28

No. CR 05-00481 MMC
STIP. & [PROPOSED] PROTECTIVE ORDER
RE: DISCOVERY OF CHILD PORNOGRAPHY    3

1 | authorization from the District Court within five days of the sentencing and judgment in this

2 | matter.

3 | STIPULATED:

4 | BARRY J. PORTMAN
Federal Public Defender

5 |

6 | DATED: 8/3/05            /s/ Geoff Hansen
GEOFF HANSEN

7 | Chief Assistant Federal Public Defender
Attorney for defendant Lindstrom

8 |

9 |

10 | DATED: 8/3/05            /s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

11 |

12 |

13 | IT IS ORDERED.

DATED: August 3, 2005

14 | HON. BERNARD ZIMMERMAN
United States Magistrate Judge

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

No. CR 05-00481 MMC
STIP. & [PROPOSED] PROTECTIVE ORDER
RE: DISCOVERY OF CHILD PORNOGRAPHY        4