KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br>JAMES NELSON LINDSTROM, )<br>    Defendant. )<br>_____ ) | No. CR-05-00481-MMC<br><br>STIPULATION TO CONTINUE BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO SUPPRESS; [~~PROPOSED~~] ORDER<br><br>Date: October 19, 2005<br>Time: 10:00 a.m. |

    The parties hereby stipulate, subject to the approval of the Court, as follows:

    1.    This matter came on the calendar of the Honorable Maxine M. Chesney on August 24, 2005 for status. The Court set the following briefing schedule for the defendant's motion to suppress: the defendant's motion to suppress was due on September 14, 2005; the government's opposition is due on September 28, 2005; the defendant's optional reply is due on October 5, 2005; and a hearing will be held on October 19, 2005 at 10:00 a.m.

No. CR-05-00481-MMC
STIP. TO CONT. BRIEFING AND HRG. SCH. ON
DEFT'S MOT. TO SUPPRESS; [PROPOSED] ORDER

2. The defendant timely filed his motion to suppress on September 14, 2005. The government needs additional time to respond to the defendant's motion, primarily due to the press of deadlines and the workload in other cases. Specifically, government counsel has a multi-defendant case in which the statute of limitations is about to run as to one of the defendants. That case needs to be charged as soon as possible. Additionally, government counsel has been assigned as co-counsel in <u>United States v. Yang, et al.</u>, CR-05-00395-CRB, and <u>United States v. Misuk Moore</u>, CR-05-00447-CRB. <u>Yang</u> and <u>Moore</u> are complex cases involving 33 criminal defendants. The government has been working diligently to produce as much discovery as possible before the next appearance before Judge Breyer on November 9, 2005.

3. The parties would have requested a one-week continuance, but government counsel is the criminal duty attorney from September 30 to October 7, 2005. Therefore, the parties agree that a two-week continuance is more appropriate. The defendant has no objection to a continuance. Therefore, the parties are requesting that the Court continue the briefing and hearing schedule as follows: the government's opposition is due on October 12, 2005; the defendant's optional reply is due on October 19, 2005; and a hearing will be held on November 2, 2005 at 2:30 p.m.

4. The Court has previously ordered an exclusion of time under the Speedy Trial Act through October 19, 2005. The parties agree that the above exclusion should be extended through November 2, 2005 based upon the pendency of the defendant's motion to suppress. <u>See</u> 18 U.S.C. § 3161(h)(1)(F).

Date: September 28, 2005  /s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney
Counsel for the United States of America

Date: September 28, 2005  /s/ Geoffrey Hansen
GEOFFREY HANSEN, ESQ.
Chief Assistant Federal Public Defender
Counsel for Defendant Lindstrom

No. CR-05-00481-MMC
STIP. TO CONT. BRIEFING AND HRG. SCH. ON
DEFT'S MOT. TO SUPPRESS; [PROPOSED] ORDER   2

**ORDER**

Pursuant to the parties' stipulation, the Court HEREBY ORDERS that the briefing and hearing schedule on the defendant's motion to suppress is continued as follows: the government's opposition is due on October 12, 2005; the defendant's optional reply is due on October 19, 2005; and a hearing will be held on November 2, 2005 at 2:30 p.m.

Moreover, the Court HEREBY ORDERS that the time from October 19 through November 2, 2005 is excluded under the Speedy Trial Act as delay resulting from a pretrial motion pursuant to 18 U.S.C. § 3161(h)(1)(F).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 28, 2005

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

No. CR-05-00481-MMC
STIP. TO CONT. BRIEFING AND HRG. SCH. ON
DEFT'S MOT. TO SUPPRESS; [PROPOSED] ORDER    3