KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234
   Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-05-00481-MMC |
|   Plaintiff,                        ) | STIPULATION TO CONTINUE STATUS HEARING; [~~PROPOSED~~] ORDER |
|   v.                                ) | Date:  November 30, 2005 |
| JAMES NELSON LINDSTROM,             ) | Time:  2:30 p.m. |
|   Defendant.                        ) | |

The parties hereby stipulate, subject to the approval of the Court, as follows:

1.   This matter came on the calendar of the Honorable Maxine M. Chesney on November 16, 2005 for a hearing on the defendant's motion to suppress. At the conclusion of the hearing, the Court granted the defendant's motion. The Court continued the matter until November 30, 2005 for status. The parties hereby stipulate to continue the status hearing until December 14, 2005 at 2:30 p.m.

No. CR-05-00481-MMC
STIP. TO CONT. STATUS HRG.;
[PROPOSED] ORDER

1    2.    The government is required to submit an adverse decision memorandum and
2 obtain a response from the Department of Justice as to whether the government will appeal the
3 Court's decision. The government will likely make a decision on whether or not to appeal in
4 advance of December 14, 2005. If the government decides not to appeal, the government will be
5 in a position to submit a notice of dismissal, which will obviate the need for a status hearing.

7 Date: November 29, 2005                /s/ Monica Fernandez
                                         MONICA FERNANDEZ
8                                        Assistant United States Attorney

10 Date: November 29, 2005               /s/ Geoffrey Hansen
                                         GEOFFREY HANSEN, ESQ.
11                                       Chief Assistant Federal Public Defender
                                         Counsel for Defendant Lindstrom

### ORDER

Pursuant to the parties' stipulation, the Court HEREBY ORDERS that the status hearing is continued until December 14, 2005 at 2:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 29, 2005        _[signature: Maxine M. Chesney]_   by mmclc2 per judge's authorization
                                HONORABLE MAXINE M. CHESNEY
                                UNITED STATES DISTRICT JUDGE