KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234
   Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>    Plaintiff,                                      )<br>                                      )<br>   v.                                                         )<br>                                      )<br>JAMES NELSON LINDSTROM,        )<br>    Defendant.                                   )<br>_____) | No. CR-05-00481-MMC<br><br>STIPULATION TO VACATE STATUS HEARING; [~~PROPOSED~~] ORDER<br><br>Date: March 15, 2006<br>Time: 2:30 p.m. |

      The parties hereby stipulate, subject to the approval of the Court, as follows:

      1.    This matter is currently scheduled for a hearing on the status of the government's interlocutory appeal on March 15, 2006 at 2:30 p.m.

      2.    On March 3, 2006, the Solicitor General decided not to pursue the appeal. Therefore, on March 3, 2006, the government filed a motion to dismiss the appeal before the Ninth Circuit. As soon as the Ninth Circuit acts on the government's motion, the government

No. CR-05-00481-MMC
STIP. TO VACATE STATUS HRG.;
[PROPOSED] ORDER

1  will file a notice of dismissal before the district court.  Therefore, the parties agree that the status
2  hearing currently set for March 15, 2006 is unnecessary and respectfully request that the Court
3  vacate the hearing.

4

5  Date: March 7, 2006                                  /s/ Monica Fernandez
                                                       MONICA FERNANDEZ
6                                                      Assistant United States Attorney

7

8  Date: March 7, 2006                                  /s/ Geoffrey Hansen
                                                       GEOFFREY HANSEN, ESQ.
9                                                      Chief Assistant Federal Public Defender
                                                       Counsel for Defendant Lindstrom
10

11                                      **ORDER**

12      Pursuant to the parties' stipulation, the Court HEREBY ORDERS that the status hearing
13  set for March 15, 2006 at 2:30 p.m. is vacated.
14      PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17  DATED: March 10, 2006                              _____
                                                       HONORABLE MAXINE M. CHESNEY
18                                                     UNITED STATES DISTRICT JUDGE

19
20
21
22
23
24
25
26
27
28