KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00481 MMC |
|    Plaintiff, ) | NOTICE OF DISMISSAL OF INDICTMENT; AND [PROPOSED] ORDER |
|    v. ) | |
| JAMES NELSON LINDSTROM, ) | |
|    Defendant. ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: April 10, 2006                          Respectfully submitted,

                                                              KEVIN V. RYAN
                                                               United States Attorney

                                                               /s/ Monica Fernandez
                                                               MONICA FERNANDEZ
                                                               Assistant United States Attorney

No. CR 05-00481 MMC
NOTICE OF DISMISSAL OF INDICTMENT;
AND [PROPOSED] ORDER

1  Leave of Court is granted to the government to dismiss the indictment without prejudice.
2  IT IS SO ORDERED.
3
4  Date: April __10__, 2006                              _____
                                                          HON. MAXINE M. CHESNEY
5                                                         United States District Judge

No. CR 05-00481 MMC
NOTICE OF DISMISSAL OF INDICTMENT;
AND [PROPOSED] ORDER                      2