IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00481 MMC |
| Plaintiff, ) | [PROPOSED] ORDER EXONERATING BOND AND RELEASING PASSPORT |
| v. ) | |
| JAMES NELSON LINDSTROM, ) | |
| Defendant. ) | |

The Court, having dismissed the indictment against Mr. Lindstrom on April 10, 2006, hereby orders that Mr. Lindstrom's secured bond be exonerated and his passport returned to him.

The Clerk of the United States District Court for the Northern District of California shall forthwith release the passport to Mr. James Lindstrom, 10 Birch Street, #103, Redwood City, CA 94062.

Dated: April _4_, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Order exonerating bond
CR 05-00481 MMC